Rel: September 12, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
SPECIAL TERM, 2025

SC-2024-0485

Orlando Bethel v. Brennan Franklin, Mikki Franklin, Benjie Hughes, Hughes Funeral Group, LLC, and Hughes Cremation Center & Funeral Services, Inc. (Appeal from Baldwin Circuit Court: CV-24-900313).

McCOOL, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Stewart, C.J., and Shaw, Bryan, and Mendheim, JJ., concur.